IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

            Plaintiff,

   v.                                      NO. CIV. S-07-2228 GGH

ARAMINDA LOPEZ, Individually
and d/b/a Mindy's Market,

            Defendants.            ORDER

_____/

        The case is before the undersigned pursuant to 28 U.S.C. § 636(c) (consent to proceed before a magistrate judge).  Court records reflect that default was entered by the Clerk on September 25, 2008.

        Accordingly, IT IS ORDERED that: plaintiff shall file and serve a motion for default judgment within thirty days of this order.  Failure to file such motion will result in a recommendation that this action be dismissed for failure to prosecute.

DATED: January 25, 2010               /s/ Gregory G. Hollows
                                   _____
                                   GREGORY G. HOLLOWS
                                   U. S. MAGISTRATE JUDGE

GGH/076:Johnson2228.ord.wpd